UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JOHN WITTHOEFT,<br><br>           Plaintiff,<br><br>v.<br><br>DOLLAR TREE STORES, INC., et al.,<br><br>           Defendants. | Case No. 5:15-cv-02407-PSG<br><br>**CASE SCHEDULING ORDER**<br><br>**(Re: Docket No. 24)** |

       Based on the parties' joint case management statement[1] and this week's case management conference,

       IT IS ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure shall apply to this case.

       IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is 120 days from this order.

       IT IS FURTHER ORDERED that the parties shall present discovery disputes to the court through an informal letter briefing process.  The parties shall meet and confer and submit a joint letter to the court, not to exceed three pages per side.  The court shall set a hearing, if necessary, or simply decide the matter on the papers.

---

[1] *See* Docket No. 20.

1

Case No. 5:15-cv-02407-PSG
CASE SCHEDULING ORDER

IT IS FURTHER ORDERED that the parties shall engage in mutually agreeable ADR within 30 days of the last expert report being served.

IT IS FURTHER ORDERED that the following schedule and deadlines shall apply to this case:

| | |
|---|---|
| Fact Discovery Cut-Off | January 4, 2016 |
| Initial Expert Disclosure & Report Deadline | January 15, 2016 |
| Rebuttal Expert Disclosure & Report Deadline | February 12, 2016 |
| Expert Discovery Cut-Off | February 26, 2016 |
| Dispositive Motions Hearing | June 28, 2016 at 10:00 AM |
| Pre-Trial Conference | July 26, 2016 at 10:00 AM |
| Jury Trial | August 22, 2016 at 9:30 AM |

**SO ORDERED.**

Dated: July 23, 2015

PAUL S. GREWAL
United States Magistrate Judge